UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STACY HOWELL,** *individually and on behalf of all others similarly situated***,** | |
| **Plaintiff,** | 23-cv-3174 (ALC) |
| -against- | <u>ORDER</u> |
| **CARAWAY HOME INC.,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' letters regarding Defendant's request for a pre-motion conference request to discuss its anticipated motion to dismiss. (ECF Nos. 11, 12.) Plaintiff is directed to file a letter by **July 25, 2023** indicating whether she seeks leave to amend her complaint in light of the arguments made in Defendant's letter.

    So Ordered.

**Dated: July 20, 2023**
    New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**