# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
**www.bursor.com**

YITZCHAK KOPEL
Tel: **646.837.7127**
Fax: **212.989.9163**
ykopel@bursor.com

**MEMO ENDORSED**

January 15, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 01/15/2025

<u>*Via ECF*</u>

Hon. Andrew L. Carter, Jr.
U.S. District Court, Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: *Howell v. Caraway Home Inc.,* Case No. 1:23-cv-03174-ALC; Stay of Proceedings

Dear Judge Carter:

      We represent the parties Stacy Howell and Caraway Home Inc. (collectively, the "Parties") in the above-referenced action. The Parties have recently entered into a class settlement, pending a refund determination from the Missouri Department of Revenue ("MDOR"). We write pursuant to Rules 1.a and 2.a of Your Honor's Individual Practices to request a stay of the above-referenced action while the Parties work to implement their settlement by requesting refunds of alleged overpayments of Missouri use tax by Plaintiff and the putative class members to Defendant from the MDOR.

Respectfully submitted,

*Y. Kopel*

Yitzchak Kopel

*Attorney for Plaintiff*

/s/ *Andrew D. Bochner*
Andrew D. Bochner

*Attorney for Defendant*

The Parties are ordered to submit a joint status report by February 15, 2025 updating the Court on settlement.

SO ORDERED: *[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
January 15, 2025
New York, NY